MAY 24, 1948.

No. 754. REDDING *v.* LOS ANGELES ET AL.

*Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Morris Lavine* for appellant. *Ray L. Chesebro* and *Bourke Jones* for appellees.

No. 12, Original. UNITED STATES *v.* CALIFORNIA. Motion of the Campo Band of Indians and others for leave to intervene denied. MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Attorney General Clark, Solicitor General Perlman, Assistant Attorney General Vanech, Arnold Raum, Stanley M. Silverberg, J. Edward Williams, Robert E. Mulroney* and *Robert M. Vaughan* for the United States. *Fred N. Howser,* Attorney General, and *Everett W. Mattoon,* Assistant Attorney General, for the State of California. *Norman M. Littell* and *Katherine M. Littell* for the Campo Band of Indians et al.

No. 408. TRUST OF ANDRUS ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE, 332 U. S. 842. Motion to extend the time within which to file petition for rehearing denied.